Eudy SUGARMAN, Appellant, v. UNITED STATES of America, Appellee.

No. 7910.

Circuit Court of Appeals, Ninth Circuit.

Nov. 25, 1935.

John S. Cooper, of Los Angeles, Cal., for appellant.

Peirson M. Hall, U. S. Atty., of Los Angeles, Cal.

Before WILBUR, GARRECHT, and DENMAN, Circuit Judges.

PER CURIAM.

Upon motion of appellee, and by direction of the court, ordered, appeal in above cause dismissed, for failure of appellant to file record and prosecute appeal; mandate forthwith.

In the Matter of Michael TEMPLOME and Carolina Templome Individually and as Copartners Doing Business under the Firm Name of Michael Templome and Carolina Templome, Bankrupts-Appellants, v. Vincent VANSHURA and Agnes Vanshura, Objecting Creditors-Appellees.

No. 43.

Circuit Court of Appeals, Second Circuit.

Nov. 4, 1935.

Pratt & Lichtig, of New York City (David M. Berger, of New York City, of counsel), for appellants.

James A. O'Gorman, Jr., of New York City (Francis X. Nicastro, of New York City, of counsel), for appellees.

Before MANTON, AUGUSTUS N. HAND, and CHASE, Circuit Judges.

PER CURIAM.

Order affirmed.

UNITED STATES of America v. EASON OIL COMPANY, a Corporation.

No. 1257.

Circuit Court of Appeals, Tenth Circuit.

June 13, 1935.

For opinion below, see 8 F.Supp. 365.

William C. Lewis, U. S. Atty., of Oklahoma City, Okl.

Simons, McKnight, Simons, Mitchell & McKnight, of Enid, Okl., for appellee.

Before LEWIS and PHILLIPS, Circuit Judges.

PER CURIAM.

Appeal dismissed, on motion of appellant.